# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID SANCHEZ, SANCHEZ FAMILY,<br><br>Plaintiffs,<br><br>v.<br><br>CANYON COUNTY, CALDWELL POLICE, STATE OF IDAHO,<br><br>Defendants. | Case No. 1:13-cv-00184-BLW<br><br>**ORDER** |

Pursuant to the Court's earlier Orders (Dkts. 6 & 7), this case will be dismissed in its entirety.

**IT IS ORDERED:**

1. Plaintiff's Complaint be Dismissed, and that this case be Dismissed in its entirety.

2. The Clerk of the Court shall close the case.

DATED: **February 19, 2015**

B. LYNN WINMILL
Chief U.S. District Court Judge

**ORDER - 1**